SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB - 2 2023
ARTHUR JOHNSTON
BY DEPUTY

AO 241
(Rev. 01/15)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

3:23cv91-HTW-MTP

| United States District Court | District: Tenth Judicial District |
|---|---|
| Name (under which you were convicted): RANDY LEMONT WALLACE | Docket or Case No.: ~~N/A~~ 248-21 |
| Place of Confinement: Lauderdale County Detention Facility | Prisoner No.: inmate ID. # 200110363 |
| Petitioner (include the name under which you were convicted): Randy Lemont Wallace v. | Respondent (authorized person having custody of petitioner): Billie Sollie |
| The Attorney General of the State of: Mississippi | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Circuit Court of Lauderdale County Meridian, MS

   (b) Criminal docket or case number (if you know): 248-21

2. (a) Date of the judgment of conviction (if you know): Jan 23, 2023

   (b) Date of sentencing: Jan 23, 2023

3. Length of sentence: 0-5 yrs / 5 yrs; 5 yrs suspended; 5 yrs probation

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   Possession of Stolen Firearm C.# 248-21
   - Pending Fleeing & Eluding in a Motor Vehicle (no Docket No.)
   - Pending Felony Domestic Violence (over 2 yrs ago, bonded out, no indictment)
   - Felon in Possession of Firearm CASE # 2022-325 Later on Sept 29. 2022 withdrawed to further investigation

6. (a) What was your plea? (Check one)

   ☐ (1) Not guilty ☐ (3) Nolo contendere (no contest)

   ☑ (2) Guilty ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

Possession of Stolen Firearm - Guilty

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes ☑ No

8. Did you appeal from the judgment of conviction?

☐ Yes ☑ No

9. If you did appeal, answer the following:

(a) Name of court: n/a

(b) Docket or case number (if you know):

(c) Result:

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court? ☐ Yes ☑ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

(5) Citation to the case (if you know): ____________________

(6) Grounds raised: ____________________

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): ____________________

(2) Result: ____________________

(3) Date of result (if you know): ____________________

(4) Citation to the case (if you know): ____________________

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☑ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: ____________________

(2) Docket or case number (if you know): ____________________

(3) Date of filing (if you know): ____________________

(4) Nature of the proceeding: ____________________

(5) Grounds raised: ____________________

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result: ____________________

(8) Date of result (if you know): ____________________

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result: ______

(8) Date of result (if you know): ______

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☐ Yes ☑ No

(2) Second petition: ☐ Yes ☑ No

(3) Third petition: ☐ Yes ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

n/a

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Ineffective Assistance of Counsel & 6th Amendment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Court Appointed Lawyer. Pled Guilty to Possession of Stolen Firearm. Petition to Enter Plea of Guilty states #8 there were no other charges pending against me which I have been indicted or arrested. I've been incarcerated since September 29, 2022 for a Fleeing & Eluding in Motor Vehicle offense. Charges pending were not ran concurrent. Circuit Court Judge ordered me "to be released from custody immediately" & signed off on my Guilty Plea. I'm still incarcerated.

(b) If you did not exhaust your state remedies on Ground One, explain why: Counsel failed to advise me of pending charges, my plea states no pending charges remain once PLEA GUILTY. Judge ordered my release. Once I returned, ~~the~~ LCDF told me I must make bond, but Judge ~~brought~~ ordered my release. I am no longer represented by an Attorney. I have not been indicted on any other said charges. I have no upcoming court or trial dates.

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: n/a

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Trying to contact Public Defender with no responses.

**GROUND TWO:** Malicious Prosecution; Time Limitations of Prosecutions [99-1-5]

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Bonded out $5,000 through Ethridge Bonding Co. in 2020 for Domestic Violence. I was not indicted. Indictment went to the Grand Jury 3x & was never returned. I've now been notified I must post bond again after Judge Wright has ordered my release (Guilty Plea). Ethridge Bonding says I'm clear, Lauderdale County Detention Facility still has me charged. Public Defender failed to advise me of pending charges. I'm still incarcerated, told I must post bail again. I had no knowledge of this when I signed Guilty Plea.

(b) If you did not exhaust your state remedies on Ground Two, explain why: I am no longer represented by an Attorney. I have not been contacted back by previous Attorney. I have not been indicted on other said pending charges. I have no upcoming court dates nor trial dates.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: n/a

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

______

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : Contacted Ethridge Bonding Co. & was informed my bond is still valid. Trying to get in contact with my appointed Probation Officer but haven't reached her.

**GROUND THREE:** Fifth & Fourteenth Amendment
Thirteenth Amendment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Judge Wright ordered my release on January 23, 2023 but I'm still being deprived of life & liberty. I'm being order to make a bond that has already been paid in 2020. I've signed a Guilty Plea for 5 yrs probation (with no other charges pending per se Petition & Public Defender). Judge ordered my "release immediately" written himself on my petition... I'm still incarcerated being told to post bail again, for a charge in 2020. Involuntary servitude without being duly convicted on any other said charges. Been incarcerated since Sept. 29, 2022 & I never had a Preliminary Hearing, Fleeing & Eluding offense.

(b) If you did not exhaust your state remedies on Ground Three, explain why: I have not been contacted back by previous Attorney. I'm no longer represented by an Attorney.

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: ______

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: Contacted Susan Ethridge of Ethridge Bonding Co. was informed my bond is still valid. Trying to contact Agent Miller (Probation Officer) but still havent reached her.

**GROUND FOUR:** Thirteenth & Fourteenth Amendment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I've been deprived of life & liberty due to involuntary servitude without due process of law. I've been incarcerated since Sept. 29, 2022 for Fleeing & Eluding offense, I never went to a Preliminary Hearing only given a bond of $50,000. 119 days without due process of law, or being duly convicted. I'm no longer represented by an Attorney. I have not been indicted on any other said charges. I have no upcoming court nor trial dates.

(b) If you did not exhaust your state remedies on Ground Four, explain why: I am no longer represented by an Attorney. I have not been indicted nor do I have any upcoming court dates.

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed: ______________________

______________________

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available): ______________________

______________________

______________________

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________

______________________

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available): ______________________

______________________

______________________

______________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

______________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: Attempted to contact prior Attorney concerning matters.

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: I haven't been indicted, on other "said" pending charges. I am no longer represented by an Attorney.

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Never had Preliminary Hearing

(b) At arraignment and plea: Marcus Evans

(c) At trial:

(d) At sentencing: Marcus Evans

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Monetary value of days wrongfully incarcerated
Release from/of Incarceration
Dismissal of Pending Charges ; Dismissal of all criminal charges
or any other relief to which petitioner may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ____________ (month, date, year).

Executed (signed) on ____________ (date).

Randy L. Wallace
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.