IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RANDY LEMONT WALLACE, # 1101087**                               **PETITIONER**

**VERSUS**                      **CIVIL ACTION NO. 3:23cv91-HTW-MTP**

**BILLIE SOLLIE**                        **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 3rd day of May, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE